UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-108

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION TO SEAL PROPOSED |
| | ) | SEALED DOCUMENT |
| JENNIFER LEA MORGAN, | ) | |

Before the Court for consideration is Defendant Jennifer Lea Morgan's Motion to Seal

Proposed Sealed Document, Docket Number 51. For good cause shown, the Defendant's Motion

is GRANTED.

It is therefore ORDERED that Docket Number 51 shall be and is hereby sealed.

SO ORDERED, this the 31 day of July 2017.

HON. JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE