# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                         Crim. No. 5:16-CR-108-1D

JENNIFER LEA MORGAN

On August 2, 2017, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Van R. Freeman, Jr.  
> Van R. Freeman, Jr.  
> Deputy Chief U.S. Probation Officer  
> 150 Rowan Street Suite 110  
> Fayetteville, NC 28301  
> Phone: 910-354-2542  
> Executed On: August 27, 2020

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27__ day of __August__, 2020.

> /s/ James C. Dever  
> James C. Dever III  
> U.S. District Judge